1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

10

JOSE ROSAS,                     )    NO. CV 17-00665-JAK (AS)

11                              )

            Petitioner,         )

12                              )

        v.                      )         **JUDGMENT**

13                              )

DEAN BORDERS,                   )

14                              )

            Respondent.         )

15                              )

_____)

16

17      Pursuant to the Order Accepting Findings, Conclusions and

18  Recommendations of United States Magistrate Judge,

19

20      IT IS ADJUDGED that the First Amended Petition is denied and

21  dismissed with prejudice.

22

23      DATED: September 22, 2017

24

25

26                              _____

27                                  JOHN A. KRONSTADT
                                 UNITED STATES DISTRICT JUDGE

28